**MANDATORY TIME RELEASE DATE:** _____

**COMMUTED TIME RELEASE DATE:** March 25, 2014

**THIS REPORT CREATED:** 1/27/2014 2:28 PM

**REVISION #:**

✓F

**TRANSCRIPT PREPARED BY:** A. STUBBS

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

**BOOKING DATE & TIME:** 1/27/2014 12:20 AM  **BOOKING #:** 2014-00000760

**NAME:** SHARNALLE RENEE MITCHELL

**RACE:** B    **SEX:** F    **DOB:** [redacted]    **SSN:** [redacted]

**ADDRESS:** [redacted]    MONTGOMERY, AL 36104

| # | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | NO DRIVER LICENSE | 10TRT019237 | COMMUTED ON $91.00 |
| 2 | NO INSURANCE | 10TRT019238 | COMMUTED ON $179.00 |
| 3 | NO DRIVER LICENSE | 10TRT022231 | COMMUTED ON $204.00 |
| 4 | NO INSURANCE | 10TRT045582 | COMMUTED ON $179.00 |
| 5 | DRIVING WHILE SUSPENDED | 10TRT045583 | COMMUTED ON $279.00 |
| 6 | NO INSURANCE | 10TRT033799 | COMMUTED ON $179.00 |
| 7 | NO DRIVER LICENSE | 10TRT033800 | COMMUTED ON $204.00 |
| 8 | SWITCHED TAG | 10TRT033801 | COMMUTED ON $149.00 |
| 9 | NO DRIVER LICENSE | 10TRT026845 | COMMUTED ON $204.00 |
| 10 | NO INSURANCE | 10TRT026846 | COMMUTED ON $179.00 |
| 11 | NO TAG | 10TRT026847 | COMMUTED ON $149.00 |
| 12 | NO SEAT BELT | 10TRT026848 | COMMUTED ON $26.00 |
| 13 | NO DRIVER LICENSE | 10TRT031152 | COMMUTED ON $204.00 |
| 14 | NO INSURANCE | 10TRT031153 | COMMUTED ON $179.00 |
| 15 | NO TAG | 10TRT031154 | COMMUTED ON $149.00 |
| 16 | NO TAG | 10TRT029720 | COMMUTED ON $149.00 |
| 17 | NO DRIVER LICENSE | 10TRT029721 | COMMUTED ON $204.00 |

$2907.00 or 58 days

DEFENDANT COPY