27th - 75        24th           2907
28th - 50 75     25th   150      -75
29th - 75        26th           ─────
30th - 75   150  27th           2832
31st - 75   2607 28th           2882
1st  - 75   2532                ─────
2nd  - 75   245  1st   2457
3rd  - 75 = 2382 2nd    75  2907
         = 2307 3rd   2382  75
4th  - 75        4th    75  2307
5th  - 75        5th        2382
6th  - 50        6th   2900       17
7th     2900     7th    75       ×23
8th   - 750      8th   135  2900 ─────
       ─────           375  -375 225
        2150           2025  2607 150
                                  ─────
10th             10th  225       2525
11th    2150     11th  2025 
12th   + 750     12th        2907
        ─────    13th        1725
        2900     14th        ─────
                 15th        1182
                 16th  500
                 17th  2382  2907
                 18th        2125
                 19th        2425 82
                 20th        2907  82
21st             21st        2500
22nd             22nd        - 75
23rd             23rd        ─────
                             2425
                              75
                             +500

27th – 75
28th – 50
29th –
30th –
31st –
1st –
2nd
3rd
4th
5th
6th
7th
8th
9th
10th
11th
12th
13th
14th
15th
16th
17th
18th
19th
20th
21st
22nd
23rd

24th
25th
26th
27th
28th
~~29th~~
~~30th~~
1st
2nd
3rd
4th
5th
6th
7th
8th
9th
10th
11th
12th
13th
14th
15th
16th
17th
18th
19th
20th
21st
22nd
23rd

2907
– 75
―――
2832
2882

24th
25th
~~26th~~