| MANDATORY TIME RELEASE DATE: | | THIS REPORT CREATED: 2/10/2014 11:33 AM |
|---|---|---|
| COMMUTED TIME RELEASE DATE: | | REVISION #: |

TRANSCRIPT PREPARED BY: LAJONES

## MONTGOMERY MUNICIPAL COURT ▶ STATE OF ALABAMA

BOOKING DATE & TIME: 01-27-2014 AT 12:20     BOOKING #: 2014-00000760
NAME: MITCHELL, SHARNALLE RENEE
RACE: Black   SEX: FEMALE   DOB: ▇▇▇▇   SSN: ▇▇▇▇
ADDRESS: ▇▇▇▇ MONTGOMERY, AL 36104

| # | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | COMM. NO DRIVERS LICENSE | 2010TRT019237 | $91.00 PAYMENT PLAN |
| 2 | COMM. NO INSURANCE | 2010TRT019238 | $179.00 PAYMENT PLAN |
| 3 | COMM. NO DRIVERS LICENSE | 2010TRT022231 | CREDIT TIME SERVED  CASE CLOSED |
| 4 | COMM. NO INSURANCE | 2010TRT045582 | $179.00 PAYMENT PLAN |
| 5 | COMM. DRIVING WHILE SUSPENDED | 2010TRT045583 | CREDIT TIME SERVED  CASE CLOSED |
| 6 | COMM. NO INSURANCE | 2010TRT033799 | $179.00 PAYMENT PLAN |
| 7 | COMM. NO DRIVERS LICENSE | 2010TRT033800 | CREDIT TIME SERVED  CASE CLOSED |
| 8 | COMM. SWITCHED TAG | 2010TRT033801 | $149.00 PAYMENT PLAN |
| 9 | COMM. NO DRIVERS LICENSE | 2010TRT026845 | CREDIT TIME SERVED  CASE CLOSED |
| 10 | COMM. NO INSURANCE | 2010TRT026846 | $179.00 PAYMENT PLAN |
| 11 | COMM. NO TAG | 2010TRT026847 | $149.00 PAYMENT PLAN |
| 12 | COMM. NO SEAT BELT | 2010TRT026848 | $26.00 PAYMENT PLAN |
| 13 | COMM. NO DRIVERS LICENSE | 2010TRT031152 | CREDIT TIME SERVED  CASE CLOSED |
| 14 | COMM. NO INSURANCE | 2010TRT031153 | $179.00 PAYMENT PLAN |
| 15 | COMM. NO TAG | 2010TRT031154 | $149.00 PAYMENT PLAN |
| 16 | COMM. NO TAG | 2010TRT029720 | $149.00 PAYMENT PLAN |
| 17 | COMM. NO DRIVERS LICENSE | 2010TRT029721 | $204.00 PAYMENT PLAN |
| 18 | RELEASE DEFENDANT ON PERSONAL RECOGNIZANCE BOND BY ORDER OF JUDGE | | DEFENDANT IS TO PAY $100.00 PER MONTH STARTING IN MARCH 2014. REVIEW ON 5-9-2014 @ 8:00 AM  PER JUDGE WESTRY |

DEFENDANT COPY

FEB 10 2014

514