IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

SHARNALLE MITCHELL, )
LORENZO BROWN , )
TITO WILLIAMS, )
COURTNEY TUBBS , )
)
     Plaintiffs, )
)
v. )
) Case No. _____
THE CITY OF MONTGOMERY, )
)
     Defendant. )
)

## DECLARATION OF LORENZO BROWN

1) I, Lorenzo Brown, am a 58-year-old resident of Montgomery, Alabama. I think that I was born in Selma, but I have lived in Montgomery for as long as I can remember.

2) I am disabled, and I suffer from a variety of health problems, including spinal problems and constant pain in my joints. I also have arthritis, pain, and lack of movement and muscle spasms in my hands.

3) In 2010, I got a number of traffic tickets in the period of a few months. I did not have a lawyer at the time and did not fight the tickets. I was a regular drug user at the time, and I was struggling to survive. Because I could not afford to pay the fines and court costs, I recall that the City put me on a payment plan with a private company called Judicial Correction Services. The City refered to this as probation. My recollection is that the company said that they were going to charge me a set-up fee and an additional fee of $40 per month on top of what I owed to the City for my tickets for as long as it took to pay off the entire amount.

4)      I had successfully completed probation with this company in 2008 for other tickets, but this time I knew that I could not pay because my life was a mess and I did not have the resources. In 2010, I had a lot of trouble making the payments because I was not working consistently and was addicted to drugs. As a result, I did not pay the company or the City.

5)      Early in the morning on Friday January 24, 2014, police from the City of Montgomery came to the boarding house where I stay and arrested me. I knew that the police wanted something from me because they had left a card at my house some days earlier, and I had called them back and left a message.

6)      The police took me to the City jail around 7:00 a.m., and I stayed there for three days and nights. On January 27, 2010, I was brought to the City court. The judge told me that I now owed the City approximately $2,200 in total. I think that amount included the addition of extra fees and surcharges for debt collection and other fees.

7)      The City did not appoint an attorney to represent me. Behind the courtroom, I saw a man who looked like a lawyer talking to a few other inmates before the inmates went out to the courtroom, but the man did not talk to me about my case. Like the other inmates, I had to stand before the judge on my own.

8)      The judge told me that I would be kept in the City jail unless I could pay at least half of what I now owed, which they said would be about $1,100. I was also asked if I could get someone else to come down to the court with the money. I told the City prosecutor and the judge about my previous drug addiction and that I did not have the ability to pay what they wanted. I asked the court to have mercy on me. The judge ordered me to serve out what I owed to the City at a rate of $50 per day, which he said was 44 days in jail.

9)   They did not ask me any more questions or give me any forms to fill out regarding my ability to pay. They took me back to the City jail.

10)   When I got back to the City jail, the guards gave me a piece of paper listing my tickets and saying that I would have to either pay the City $1,404 or serve 28 days in the City jail.

11)   I was happy that my time in jail was now reduced from 44 days to 28 days, but I still could not afford to pay to get out earlier.

12)   I saw and talked to a lot of other people in City court and at the City jail who were also there because they could not afford to pay the City for traffic debts. Our jail was so crowded with these people that men were sleeping all over the floor. I also had to sleep on the floor, even though I have spinal and joint problems and was nearly 58 years old at the time. It was a terrible experience.

13)   When I was released, the City put me back on a payment plan, and now I have to pay them $150 per month. If I do not pay them or cannot pay them the total amount, I am worried that they will put me back in the City jail again.

14)   I think I last had a job about four years ago. Because of my drug addiction, it is difficult for me to remember. I no longer drive and got rid of my car after the 2010 tickets.

15)   My source of income now for my survival is my Social Security disability check. I believe that my check is $969 per month. I have to use this money to pay for my shelter, food, phone, medical needs, clothes, and every other aspect of my daily life. If I pay the City for the debt that they say I owe them for the traffic tickets and other surcharges, it will have to come from my disability check.

16) I have a bank account that I use to collect by disability check, but I live check-to-check, and I believe there is less than $100 in the account now. I do not own anything significant of value.

I declare under penalty of perjury that the forgoing is true and correct.

_Lorenzo Brown Sr._    3-14-6014
Lorenzo Brown           Date