**MANDATORY TIME RELEASE DATE:**
**COMMUTED TIME RELEASE DATE:** Feb 20, 2014

**3A**

THIS REPORT CREATED:
1/27/2014 4:13 PM
REVISION #:

TRANSCRIPT PREPARED BY: ATF, #014

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 1/24/2014 3:58 PM   BOOKING #: 2014-00000682

NAME: LORENZO J BROWN
RACE: B        SEX: M        DOB: ███        SSN: ███
ADDRESS: ███   MONTGOMERY, AL 36043

| # | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | IMPROPER TAG | 10TRT033507 | COMMUTED ON $149.00 |
| 2 | DRIVING WHILE SUSPENDED | 10TRT033508 | COMMUTED ON $279.00 |
| 3 | SWITCHED TAG | 10TRT033509 | COMMUTED ON $149.00 |
| 4 | NO INSURANCE | 10TRT033510 | COMMUTED ON $179.00 |
| 5 | SWITCHED TAG | 10TRT046723 | COMMUTED ON $166.00 |
| 6 | NO INSURANCE | 10TRT046724 | COMMUTED ON $241.00 |
| 7 | DRIVING WHILE REVOKED | 10TRT046725 | COMMUTED ON $241.00 |
| 8 | SPEEDING | 10TRT061699 | $207.00 DUE 07/01/2014 |
| 9 | NO INSURANCE | 10TRT061700 | $237.00 DUE 07/01/2014 |
| 10 | DRIVING WHILE REVOKED | 10TRT061701 | $287.00 DUE 07/01/2014 |
| 11 | | | $1404.00 OR 28 days |
| 12 | | | |
| 13 | **01/27/2014-----RELEASE UPON PAYMENT OF ½ PER JUDGE HENDLEY.** | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |