MANDATORY TIME RELEASE DATE: _____
COMMUTED TIME RELEASE DATE: _____

THIS REPORT CREATED:
2/10/2014 9:30 AM

REVISION #: ☐

TRANSCRIPT PREPARED BY: LAJONES

## MONTGOMERY MUNICIPAL COURT ▷ STATE OF ALABAMA

BOOKING DATE & TIME: 01-24-2014 AT 03:58
NAME: BROWN, LORENZO J
BOOKING #: 2014-00000682
RACE: Black   SEX: Male   DOB: ███   SSN: ███
ADDRESS: ███   MONTGOMERY, AL 36043

| # | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | COMM. IMPROPER TAG | 2010TRT033507 | $149.00 PAYMENT PLAN |
| 2 | COMM. DRIVING WHILE SUSPEND | 2010TRT033508 | CREDIT TIME SERVED CASE CLOSED |
| 3 | COMM. SWITCHED TAG | 2010TRT033509 | $149.00 PAYMENT PLAN |
| 4 | COMM. NO INSURANCE | 2010TRT033510 | CREDIT TIME SERVED CASE CLOSED |
| 5 | COMM. SWITCHED TAG | 2010TRT046723 | $166.00 PAYMENT PLAN |
| 6 | COMM. NO INSURANCE | 2010TRT046724 | CREDIT TIME SERVED CASE CLOSED |
| 7 | COMM. DRIVING WHILE REVOKED | 2010TRT046725 | CREDIT TIME SERVED CASE CLOSED |
| 8 | SPEEDING | 2010TRT061699 | $207.00 DUE BY 7-1-2014 |
| 9 | NO INSURANCE | 2010TRT061700 | $237.00 DUE BY 7-1-2014 |
| 10 | DRIVING WHILE REVOKED | 2010TRT061701 | $287.00 DUE BY 7-1-2014 |
| 11 | | | 368 |
| 12 | | | |
| 13 | | | DEFENDANT IS TO PAY $150.00 PER MONTH STARTING IN MARCH 2014. REVIEW ON 5-9-2014 @ 8:00 AM.   PER JUDGE WESTRY |
| 14 | | | |
| 15 | | | 6B |
| 16 | | | RELEASE DEFENDANT ON PERSONAL RECOGNIZANCE BOND BY ORDER OF JUDGE |
| 17 | | | |
| 18 | | | |

DEFENDANT COPY
FEB 10 2014