IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SHARNALLE MITCHELL, LORENZO BROWN, TITO WILLIAMS, COURTNEY TUBBS, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF MONTGOMERY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. _____ |

## DECLARATION OF TITO WILLIAMS

1) I, Tito Williams, am a 38-year-old resident of Montgomery, Alabama.

2) I live with my mother and my two children, who are ages 10 and 23.

3) From 2010 to 2013, I got several traffic tickets issued by the City of Montgomery.

4) On January 26, 2014, I went to the police station because I had learned that I had a warrant based on my failure to pay the money owed on these tickets.

5) The police arrested me and took me upstairs to the jail and then brought me to the City court the next day.

6) On January 27, 2014, I appeared in the City court. The judge told me that I would be kept in the City jail unless I could pay $1,600, which is what they told me that I now owed to the City. I told the prosecutor and the judge that I did not have the money to pay the City. The judge ordered me to serve out what I owed to the City at a rate of $50 per day. They did not ask me any more questions about my ability to pay or give me any forms to fill out regarding my ability to pay. They took me back to the City jail.

7) When I got back to the City jail, the guards gave me a piece of paper listing my tickets and saying that I would have to either pay the City $1,164 or serve 23 days in the City jail.

8) The City jail employees told me that I could work off my debt to the City and be released from the City jail sooner if I agreed to work in the jail doing various tasks assigned by the guards. In particular, there was one inmate who was having a lot of problems, and as a result there were feces and blood everywhere. None of the City employees wanted to clean it up, so they asked if any of the inmates did. I was desperate to get out of the jail and back to my family and to see if I could salvage my job even after missing work for several days. So, I agreed on several occasions to clean this other man's feces and blood, and I was on the floor with bleach for a long time on several occasions along with a few other inmates. It was one of the most difficult and disgusting things that I have ever done, but I did not feel like I had a choice.

9) I saw and talked to a lot of other people in City court and at the City jail who were also there because they could not afford to pay the City for traffic debts. Our jail was so crowded with these people that men were sleeping all over the floor.

10) When I was released, the City told me that I still owed them money and told me that I had to pay it by May. If I am not able to pay the City what I owe, I am scared that the City will lock me up again to serve out the rest of my debt.

11) I have had trouble finding work in recent years, probably because of my status as a person with a felony conviction. After a lot of unemployment, I had finally begun working at a recycling plant for a few weeks prior to my arrest, but I lost that job as a result of being locked up by the City for these traffic tickets.

12) After my release in February, I found another job at a manufacturing plant. Unfortunately, it paid near minimum wage and was a long drive from our house, usually about 20 minutes. My mother had to take me there and pick me up because I no longer drive. I have since had to stop working there and am currently unemployed but hoping to find work soon.

13) Our family struggles to get by, and I hope that I can use the small amount of money that I will bring home from any new job to help my family with living expenses, including utilities, food, clothes, school supplies, medical care, phone bills, and other necessities of daily life.

14) At the time of my imprisonment by the City, I had a bank account with less than a few dollars in it. At this time, it has almost nothing. I do not own anything else of significant value.

I declare under penalty of perjury that the forgoing is true and correct.

_Tito Williams_                      4-29-14
Tito Williams                           Date