**MANDATORY TIME RELEASE DATE:**

✓ **COMMUTED TIME RELEASE DATE:** Feb 18, 2014

**THIS REPORT CREATED:**
1/27/2014 11:32 AM
**REVISION #:**

TRANSCRIPT PREPARED BY: ATF. #014

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 1/27/2014 4:46 AM   BOOKING #: 2014-00000765

NAME: TITO S WILLIAMS
RACE: B          SEX: M          DOB: ▮▮▮▮          SSN: ▮▮▮▮
ADDRESS: ▮▮▮▮          MONTGOMERY, AL 36116

|   | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | NO INSURANCE | 10TRT041516 | COMMUTED ON $133.00 |
| 2 | NO SEATBELT | 12TRT094126 | COMMUTED ON $66.00 |
| 3 | NO INSURANCE | 12TRT094127 | COMMUTED ON $455.00 |
| 4 | NO DRIVERS LICENSE | 12TRT094128 | COMMUTED ON $255.00 |
| 5 | NO INSURANCE | 10TRT034830 | COMMUTED ON $255.00 |
| 6 | DRIVING WHILE SUSPENDED | 13TRT065403 | $287.00 DUE 05/06/2014 |
| 7 | NO INSURANCE | 13TRT065404 | $237.00 DUE 05/06/2014 |
| 8 |  |  |  |
| 9 |  |  |  |
| 10 |  |  | $1164⁰⁰ or 23 days |
| 11 |  |  |  |
| 12 |  |  |  |
| 13 |  |  |  |
| 14 |  |  |  |
| 15 |  |  |  |
| 16 |  |  |  |
| 17 |  |  |  |
| 18 |  |  |  |
| 19 |  |  |  |

DEFENDANT COPY

6A