MANDATORY TIME RELEASE DATE: _____
COMMUTED TIME RELEASE DATE: _____

THIS REPORT CREATED:
1/27/2014 11:32 AM
REVISION #:

TRANSCRIPT PREPARED BY: ATF, #014

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 1/27/2014 4:46 AM   BOOKING #: 2014-00000765

NAME: TITO S WILLIAMS
RACE: B     SEX: M     DOB: [redacted]     SSN: [redacted]
ADDRESS: [redacted]   MONTGOMERY, AL 36116

| # | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | NO INSURANCE | 10TRT041516 | COMMUTED ON $133.00 |
| 2 | NO SEATBELT | 12TRT094126 | COMMUTED ON $66.00 |
| 3 | NO INSURANCE | 12TRT094127 | COMMUTED ON $455.00 |
| 4 | NO DRIVERS LICENSE | 12TRT094128 | COMMUTED ON $255.00 |
| 5 | NO INSURANCE | 10TRT034830 | COMMUTED ON $255.00 |
| 6 | DRIVING WHILE SUSPENDED | 13TRT065403 | $287.00 DUE 05/06/2014 |
| 7 | NO INSURANCE | 13TRT065404 | $237.00 DUE 05/06/2014 |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |