**MANDATORY TIME RELEASE DATE:**
**COMMUTED TIME RELEASE DATE:** Feb 5, 2014

**THIS REPORT CREATED:** 1/27/2014 1:41 PM

**REVISION #:**

**TRANSCRIPT PREPARED BY:** LAJONES

## MONTGOMERY MUNICIPAL COURT — STATE OF ALABAMA

**BOOKING DATE & TIME:** 01-25-2014 AT 12:07
**NAME:** TUBBS, COURTNEY LAMAR
**BOOKING #:** 2014-00000712
**RACE:** Black **SEX:** Male **DOB:** ███ **SSN:** ███
**ADDRESS:** ███

| # | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | COMM. NO INSURANCE | 2010TRT033364 | COMMUTED ON $230.00 |
| 2 | COMM. NO DRIVERS LICENSE | 2010TRT033363 | COMMUTED ON $166.00 |
| 3 | COMM. DRIVING WHILE SUSPEND | 2013TRT036562 | COMMUTED ON $230.00 |
| 4 | | | |
| 5 | | | $626.00 or 12 days |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | 5 Cell |
| 10 | | | |
| 11 | | | |
| 12 | | | Hold for County |
| 13 | | | |
| 14 | | | |
| 15 | DEFENDANT | | |
| 16 | COPY | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |