IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SHARNALLE MITCHELL, et al._____Plaintiffs,_____v._____THE CITY OF MONTGOMERY,_____Defendant. | Case No. 2:14-cv-186-MEF |

## DECLARATION OF TEQUILA BALLARD

1) I, Tequila Ballard, am a 33-year-old single mother of four children living in Montgomery, Alabama.

2) My children are 8, 9, 11, and 13 years old. They live with me and depend on me for support.

3) In 2008, 2012, and 2013, I received traffic tickets in the City of Montgomery. I have not been able to pay the fines, costs, fees, and surcharges associated with those tickets.

4) On March 22, 2014, the police arrested me ~~at my home~~ TB for these unpaid tickets.

5) After two days in jail, I was brought to the Montgomery Municipal Court on March 24, 2014.

6) The judge told me that the costs accumulated with the tickets meant that I now owed the City $4,985. The court asked why I had not paid the debts, and I told the court that I could not afford them. The judge ordered me to serve 99 days in jail or pay the debts in order to serve out my debt to the City at $50 per day.

7) The court did not do any further inquiry into my ability to pay or financial circumstances. The court did not appoint a lawyer to represent me at the hearing.

8) When I got back to the jail, I was given a paper from the court that said that I could either pay $4,700 and be released (with the balance due 90 days from release) or spend 99 days in jail.

9) I was devastated. I take care of my four children. When I am locked up, I am worried about how they will survive without me.

10) At the jail, I was told that I could be released earlier if I reduced my debt by working as a janitor at a rate of $25 per day. They want us to clean the municipal court bathrooms as well as the bathrooms and other disgusting places at the jail.

11) The jail is overcrowded and unsanitary, with many people jailed with me because of their inability to afford traffic tickets.

12) I have had difficulty finding employment to support my family. We depend on food stamps to survive, and I also earned $8.75 per hour working TB at a fast food restaurant that I lost because of being put in jail for my tickets. One of my children is disabled, and we depend on SSI disability payments to help her. TB

13) My family has been trying to survive even though I am told that our income is well below the federal poverty line. My kids need food, clothing, educational materials, medicine, and a safe and sanitary place to live. The City did not give me any chance to explain my circumstances before they jailed me and took me away from my children.

14) At the time that I execute this declaration, I have been in the City jail for 45 TB days.

I declare under penalty of perjury that the forgoing is true and correct.

_Tequila Ballard_
Tequila Ballard

_5-6-14_
Date