MANDATORY TIME RELEASE DATE: _____  
COMMUTED TIME RELEASE DATE: June 28, 2014

THIS REPORT CREATED:  
3/24/2014 4:19 PM  
REVISION #:

TRANSCRIPT PREPARED BY: T. KING

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 3/22/2014 11:30 PM   BOOKING #: 2014-00002413

NAME: TEQUILA SHANTA BALLARD  
RACE: B   SEX: F   DOB: ▮▮▮▮   SSN: ▮▮▮▮  
ADDRESS: ▮▮▮▮   MONTGOMERY, AL 36106

1 of 2

| # | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | SPEEDING | 2013TRT007418 | COMMUTED ON $230.00 |
| 2 | NO PROOF OF INSURANCE | 2013TRT007419 | COMMUTED ON $205.00 |
| 3 | EXPIRED TAG | 2013TRT007420 | COMMUTED ON $205.00 |
| 4 | DRIVING W/SUSPENDED | 2012TRT052970 | COMMUTED ON $230.00 |
| 5 | NO PROOF OF INSURANCE | 2012TRT003445 | COMMUTED ON $205.00 |
| 6 | DRIVING W/SUSPENDED | 2012TRT003444 | COMMUTED ON $305.00 |
| 7 | SPEEDING | 2012TRT003443 | COMMUTED ON $205.00 |
| 8 | FAILURE TO YIELD | 2012TRT052969 | COMMUTED ON $205.00 |
| 9 | NO PROOF OF INSURANCE | 2012TRT052971 | COMMUTED ON $205.00 |
| 10 | EXPIRED TAG | 2012TRT080633 | COMMUTED ON $205.00 |
| 11 | NO PROOF OF INSURANCE | 2012TRT080634 | COMMUTED ON $205.00 |
| 12 | DRIVING W/SUSPENDED | 2012TRT080635 | COMMUTED ON $230.00 |
| 13 | NO DRIVER LICENSE | 2008TRT046073 | COMMUTED ON $69.00 |
| 14 | NO PROOF OF INSURANCE | 2008TRT046074 | COMMUTED ON $179.00 |
| 15 | DRIVING W/SUSPENDED | 2008TRT047030 | COMMUTED ON $229.00 |
| 16 | SPEEDING | 2008TRT049450 | COMMUTED ON $149.00 |
| 17 | DRIVING W/SUSPENDED | 2008TRT049451 | COMMUTED ON $329.00 |
| 18 | NO PROOF OF INSURANCE | 2008TRT049452 | COMMUTED ON $179.00 |
| 19 | DRIVING W/SUSPENDED | 2008TRT062537 | COMMUTED ON $429.00 |

FOLDER COPY

| 20 | NO PROOF OF INSURANCE | 2008TRT062538 | COMMUTED ON $179.00 |
| 21 | DRIVING W/SUSPENDED | 2008TRT062795 | COMMUTED ON $429.00 |
| 22 | NO PROOF OF INSURANCE | 2008TRT062796 | COMMUTED ON $179.00 |
|  |  |  |  |
|  |  |  | **THE DEF CAN BE RELEASED WITH $4,700.00 AND BALANCE DUE 90 DAYS FROM THE DATE OF RELEASE PER JUDGE WESTRY** |
|  |  |  | $4985.00 OR 99 days |