IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

SHARNALLE MITCHELL, et al. )
)
Plaintiffs, )
)
v. )
) Case No. 2:14-cv-186-MEF
THE CITY OF MONTGOMERY, )
)
Defendant. )

## DECLARATION OF THOMAS ELLIS

1) I, Thomas Ellis, am a 52-year-old resident of Montgomery.

2) I am disabled and depend on SSI disability payments to survive and to meet the basic necessities of life, such as food, clothing, and medical care.

3) I also suffered a stroke within the past several years and cannot function normally. I have trouble talking and moving normally.

4) I was arrested by the City police on April 17, 2014, and brought to City court on April 18, 2014, because I have unpaid traffic tickets.

5) When I went before the court, the judge asked me why I had not paid my tickets. I told the court that I did not have enough money and was unable to pay them. The judge told me that I had to either pay $2,801 or serve out that debt at $50 per day for 56 days.

6) Neither the court nor the City prosecutor made any further inquiry into my circumstances or my ability to pay, and I was returned to the jail.

7) I was not given an attorney to represent me at the hearing.

8) At the time that I execute this declaration, I have spent 19 days in the City jail.

I declare under penalty of perjury that the forgoing is true and correct.

_____            5-6-2014
Thomas Ellis                                      Date