MANDATORY TIME RELEASE DATE:  
COMMUTED TIME RELEASE DATE: June 12, 2014

THIS REPORT CREATED:  
4/18/2014 3:03 PM  
REVISION #:

TRANSCRIPT PREPARED BY: T. KING

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 4/17/2014 6:59 PM   BOOKING #: 2014-00003230

NAME: THOMAS CLINTON ELLIS  
RACE: B          SEX: M          DOB: 6/9/1961    SSN: 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  
ADDRESS: 4900 PLAZA DR APT 52    MONTGOMERY, AL 36116

3B

| | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | DRIVING W/SUSPENDED | 2013TRT051522 | $587.00 DUE 8/04/2014 |
| 2 | OPEN CONTAINER | 2013TRT031833 | $73.00 DUE 8/04/2014 |
| 3 | DRIVING W/SUSPENDED | 2014TRT008238 | $687.00 DUE 8/04/2014 |
| 4 | NO PROOF OF INSURANCE | 2013TRT051523 | $237.00 DUE 8/04/2014 |
| 5 | EXPIRED TAG | 2013TRT051521 | $207.00 DUE 8/04/2014 |
| 6 | OBSTRUCT TRAFFICE | 2013TRT031830 | $207.00 DUE 8/04/2014 |
| 7 | EXPIRED TAG | 2013TRT031829 | $207.00 DUE 8/04/2014 |
| 8 | NO PROOF OF INSURANCE | 2014TRT008239 | $237.00 DUE 8/04/2014 |
| 9 | EXPIRED TAG | 2014TRT008237 | $207.00 DUE 8/04/2014 |
| 10 | DRIVING W/SUSPENDED | 2013TRT023904 | COMMUTED ON $230.00 |
| 11 | NO REGISTRATION | 2013TRT023905 | COMMUTED ON $180.00 |
| 12 | NO PROOF OF INSURANCE | 2013TRT023906 | COMMUTED ON $230.00 |
| 13 | UNREASONABLE NOISE | 2013TRT023907 | COMMUTED ON $166.00 |
| 14 | NO PROOF OF INSURANCE | 2013TRT017058 | COMMUTED ON $230.00 |
| 15 | SWITCHED TAG | 2013TRT017057 | COMMUTED ON $180.00 |
| 16 | DRIVING W/SUSPENDED | 2013TRT017056 | COMMUTED ON $280.00 |
| 17 | DRIVING W/SUSPENDED | 2013TRT004393 | COMMUTED ON $230.00 |
| 18 | NO PROOF OF INSURANCE | 2013TRT004292 | COMMUTED ON $205.00 |
| 19 | FAILURE TO STOP FROM DRIVEWAY | 2013TRT004391 | COMMUTED ON $41.00 |

DEFENDANT COPY

| | | | |
|---|---|---|---|
| 20 | NO PROOF OF INSURANCE | 2012TRT041808 | COMMUTED ON $179.00 |
| 21 | MOVE OVER LAW | 2012TRT041806 | COMMUTED ON $179.00 |
| 22 | DRIVING W/SUSPENDED | 2012TRT041807 | COMMUTED ON $229.00 |
| 23 | UNREASONABLE NOISE | 2012CRS000138 | COMMUTED ON $242.00 |
| | | | |
| | | | THE DEF CAN BE RELEASED WITH ½ AND THE BALANCE IS DUE 90 DAYS FROM THE DATE OF RELEASE PER JUDGE HENDLEY |
| | | | $2801⁰⁰ or 56 days |

"Hold For County"