IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SHARNALLE MITCHELL, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:14-cv-186-MEF |
| THE CITY OF MONTGOMERY, | ) |
| Defendant. | ) |

## DECLARATION OF WILLIE WILLIAMS

1)   I, Willie Williams, am a 53-year-old resident of Montgomery.

2)   I am the father of two children, aged 28 and 25, and I have five grandchildren, aged 10, 8, 8, 6, and 5.

3)   I am the legal guardian of my 10-year-old grandson, who lives with me. We also live with my brother and mother, who depends on Social Security and helps as an aide for handicapped children on school buses.

4)   My grandson and I depend on food stamps and Medicaid for basic necessities like food and medical care. We are very much struggling. The last time I worked was in February, and I am currently unemployed. In the past, I have worked in construction, but I am getting older.

5)   On March 31, 2014, I was arrested by the City police. I was brought to the Montgomery Municipal Court on April 1 because I had unpaid traffic tickets.

6)   When I went up to the judge, the judge asked me if I could pay my tickets that day. I told the judge that I did not have the money to pay. They judge told me that he would

give me about 20 days in jail to sit out some of my debts at a rate of $50 per day and that I would have to pay the rest by July.

7) Neither the judge nor the City prosecutor made any other inquiry into my financial circumstances or ability to pay. The whole hearing lasted about 2 minutes.

8) The City did not provide me with an attorney to represent me at the hearing.

9) When I got back to the jail, I was given a sheet of paper that said that I could either pay the City $1,091 or serve 21 days in jail. The jail staff told me that I could work off my debt to the City more quickly at a rate of $25 per day if I agreed to work for them. Because I wanted to get back to my family and my grandson, I tried to work for them every day.

10) The City jail is a miserable place. I believe that our cell was designed for 18 people, but we had about 27 people there. Men were sleeping everywhere, including under tables and on the floor. People were catching illnesses from each other. One man had a seizure and no one was giving him any attention, and we almost had to start a riot by banging until we could get any jail staff to give him help. If you don't have the money to get out, there's nothing you can do about being in there.

11) After I had spent about 10 days in jail away from my grandson, my mom was able to come up with some money, and she went to the clerk's office and paid them a few hundred dollars. The City let me out, and I am required to pay the rest by July or face jail again.

I declare under penalty of perjury that the forgoing is true and correct.

_Willie Williams_          5/8/14
Willie Williams            Date