**MANDATORY TIME RELEASE DATE:**
**COMMUTED TIME RELEASE DATE:** April 20, 2014

**3A**

THIS REPORT CREATED:
4/1/2014 3:16 PM
REVISION #:

TRANSCRIPT PREPARED BY: J. HENDERSON

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 3/31/2014 12:00 AM   BOOKING #: 2013-02693

NAME: WILLIE A WILLIAMS
RACE: B          SEX: M          DOB: ▮▮▮▮          SSN: ▮▮▮▮
ADDRESS: ▮▮▮▮   MONTGOMERY, AL 36104

| # | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | IMPROPER LANE USAGE | 2014TRT016964 | $180.00 TO PAY BY 7/11/2014 |
| 2 | NO VEHICLE REGISTRATION | 2014TRT016963 | ROR-PROVIDE PROOF 7/11/2014 |
| 3 | DRIVING WHILE SUSPENDED | 2014TRT016962 | $230.00 TO PAY BY 7/11/2014 |
| 4 | SWITCHED TAG | 2014TRT016961 | $180.00 TO PAY BY 7/11/2014 |
| 5 | SPEEDING | 2012TRT015146 | COMMUTED ON $205.00 |
| 6 | VIOLATION OPEN CONTAINER | 2012TRT015135 | COMMUTED ON $41.00 |
| 7 | DRIVING WHILE SUSPENDED | 2012TRT015134 | COMMUTED ON $230.00 |
| 8 | NO INSURANCE | 2012TRT015132 | COMMUTED ON $205.00 |
| 9 | NO INSURANCE | 2010TRT029165 | COMMUTED ON $205.00 |
| 10 | SPEEDING | 2010TRT029164 | COMMUTED ON $205.00 |
| 11 | DRIVING WHILE SUSPENDED | 2012TRT096177 | $262.00 TO PAY BY 7/11/2014 |
| 12 | NO INSURANCE | 2012TRT096176 | $2373.00 TO PAY BY 7/11/2014 |
| 13 | SEAT BELT VIOLATION | 2012TRT096175 | $73.00 TO PAY BY 7/11/2014 |
| 14 | EXPIRED TAG | 2012TRT096174 | $212.00 TO PAY BY 7/11/2014 |
| 15 | | | $1091.00 a 21 days |

DEFENDANT COPY