IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SHARNALLE MITCHELL, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF MONTGOMERY, ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:14-cv-186-MEF |

## DECLARATION OF GAVIN BULLOCK

1) I, Gavin Bullock, am a 25-year-old resident of Montgomery.

2) I am a married father of three young children. I am disabled and suffer from Crohn's disease. I rely on SSI disability payments to meet the basic necessities of life. One of my children is deaf and requires significant extra time and resources to take care of him.

3) I was arrested on April 6, 2014 and brought before the City court on April 7, 2014, for unpaid traffic tickets. When I went before the City judge, he told me that I owed the City over $2,000. My understanding is that this debt accumulated from unpaid traffic tickets and fines, costs, and fees that accumulated from them. I told the judge that I did not have the money to pay the City.

4) After approximately 30 seconds before the Judge Hayes, he ordered me either to pay $2,438 to the City immediately or serve 48 days in City jail away from my family. Neither the judge nor the City prosecutor made any further inquiry into my ability to pay or my circumstances, and I was not given an attorney to represent me at the hearing. Instead, I was just immediately returned to the jail.

5)   I require intravenous medical treatments every 6 weeks, and I was overdue and not able to get the treatment that I needed at the City jail, despite repeated attempts. As a result, the experience was miserable and frightening. Due to the lack of treatment for my Crohn's disease illness, I began experiencing bloody stools, loss of weight, and "flare ups" of excruciating stomach pain

6)   After approximately 22 days, my family came up with enough money to pay to get me out of the City jail. My family paid the entire amount owed for fines after the 22 days credit received at $50.00 per day. The total amount paid by my family was approximately $1,150.00.

I declare under penalty of perjury that the forgoing is true and correct.

_/s/ Gavin Bullock_    5/20/14
Gavin Bullock            Date