MANDATORY TIME RELEASE DATE: 4-08-2014
COMMUTED TIME RELEASE DATE: 5-26-2014

THIS REPORT CREATED: 4/7/2014 2:48 PM
REVISION #:

TRANSCRIPT PREPARED BY: S. SMITH

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 4/6/2014 7:33 AM   BOOKING #: 2014-2886

NAME: GAVIN L BULLOCK JR
RACE: B   SEX: M   DOB:   SSN:
ADDRESS:   MONTGOMERY, AL 36111

| | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | NO DRIVER LICENSE | 2011TRT03143 | COMMUTED ON $116.00 |
| 2 | DRIVING WHILE SUSPENDED | 2011TRT055432 | COMMUTED ON $200.00 |
| 3 | NO INSURANCE | 2011TRT055433 | COMMUTED ON $250.00 |
| 4 | SEAT BELT VIOLATION | 2012TRT044477 | COMMUTED ON $41.00 |
| 5 | NO DRIVER LICENSE | 2012TRT044478 | COMMUTED ON $230.00 |
| 6 | NO INSURANCE | 2012TRT044479 | COMMUTED ON $205.00 |
| 7 | NO CHILD RESTRAINT | 2012TRT044480 | COMMUTED ON $50.00 |
| 8 | NO CHILD RESTRAINT | 2012TRT044481 | COMMUTED ON $41.00 |
| 9 | NO INSURANCE | 2012TRT094871 | COMMUTED ON $205.00 |
| 10 | DRIVING WHILE SUSPENDED | 2012TRT094872 | COMMUTED ON $230.00 |
| 11 | DRIVING WHILE SUSPENDED | 2013TRT006105 | COMMUTED ON $230.00 |
| 12 | NO INSURANCE | 2013TRT006106 | COMMUTED ON $205.00 |
| 13 | NO INSURANCE | 2013TRT006294 | COMMUTED ON $205.00 |
| 14 | DRIVING WHILE SUSPENDED | 2013TRT006295 | COMMUTED ON $230.00 |
| 15 | NO CHILD RESTRAINT | 2012TRT080103 | 1 DAY CC |
| 16 | NO INSURANCE | 2012TRT080106 | 1 DAY |
| 17 | NO DRIVER LICENSE | 2012TRT080107 | 1 DAY |

$2438.00 OR 48 DAYS