**MANDATORY TIME RELEASE DATE:** \_\_\_\_
**COMMUTED TIME RELEASE DATE:** \_\_\_\_

**THIS REPORT CREATED:**
5/5/2014 4:12 PM
**REVISION #:**

**TRANSCRIPT PREPARED BY: ATF, #014**

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 5/4/2014 5:12 AM   BOOKING #: 2014-00003724

NAME: KENDRICK MAULL
RACE: B          SEX: M          DOB: ▓▓▓▓▓   SSN: ▓▓▓▓▓
ADDRESS: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

|    | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|----|--------------------|--------|---------------------------|
| 1  | SWITCHED TAG       | 10TRT093544 | COMMUTED ON $154.00 |
| 2  | NO DRIVERS LICENSE | 10TRT093545 | COMMUTED ON $204.00 |
| 3  | NO INSURANCE       | 10TRT093546 | COMMUTED ON $255.00 |
| 4  | NO DRIVERS LICENSE | 12TRT015750 | $287.00 DUE 08/06/2014 |
| 5  | NO INSURANCE       | 12TRT015751 | $237.00 DUE 08/06/2014 |
| 6  |                    |        |                           |
| 7  |                    |        |                           |
| 8  |                    |        |                           |
| 9  |                    |        |                           |
| 10 |                    |        |                           |
| 11 |                    |        |                           |
| 12 |                    |        |                           |
| 13 |                    |        |                           |
| 14 |                    |        |                           |
| 15 |                    |        |                           |
| 16 |                    |        |                           |
| 17 |                    |        |                           |
| 18 |                    |        |                           |
| 19 |                    |        |                           |