IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

SHARNALLE MITCHELL, et al. )
)
Plaintiffs, )
)
v. )
) Case No. 2:14-cv-186-MEF
THE CITY OF MONTGOMERY, )
)
Defendant. )

## DECLARATION OF TAMARA DUDLEY

1) I, Tamara Dudley, am a 23-year-old resident of Montgomery, Alabama.

2) I am the mother of two children, ages 1 and 2.

3) I was arrested on May 4, 2014, and brought before the Montgomery Municipal Court on May 5, 2014, for unpaid traffic tickets.

4) The City judge told me that I owed about $1,400, and he asked why I had not paid the City.

5) I told the judge that I could not afford it. As I was beginning to explain why, the judge cut me off. He asked my sister who was standing next to me if she could bring money to pay my debts. Neither of us could pay, so the judge sent me back to the jail to serve out my debts.* The court did not conduct any further inquiry into my ability to pay or my personal circumstances. I was not given an attorney to represent me at the hearing.

6) When I got back to the jail, I was not given any documentation and was not told how long I was required to serve. [I received a transcript with this information several hours later. T.D.] I was also not able to speak to any of my family to find out where my children are [until several hours later. T.D.].

\* As I was being led out of the courtroom by the police, I heard the judge tell my sister that if she paid $800, I would be set free. T.D.

7) I worked for several years as a housekeeper at Maxwell Air Force Base, but lost my job in October 2013. I have not been able to find decent work since. *I missed a job interview on Monday, May 5, 2014 because I was locked up. T.P.*

8) My children and I depend on food stamps and WIC to survive.

I declare under penalty of perjury that the forgoing is true and correct.

_____          5-6-14
Tamara Dudley                            Date