Case 2:14-cv-00186-MHT-CSC   Document 26-22   Filed 05/23/14   Page 1 of 1

**MANDATORY TIME RELEASE DATE:**
**COMMUTED TIME RELEASE DATE:** _MAY 21, 2014_

F

**THIS REPORT CREATED:** 5/5/2014 4:25 PM
**REVISION #:**

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

**TRANSCRIPT PREPARED BY: ATF, #014**

**BOOKING DATE & TIME:** 5/4/2014 5:20 PM   **BOOKING #:** 2014-00003733
**NAME:** TAMARA ANTIONETTE DUDLEY

**RACE:** B   **SEX:** F   **DOB:**   **SSN:**
**ADDRESS:** ███ MONTGOMERY, AL 36108

| # | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | NO INSURANCE | 10TRT021386 | COMMUTED ON $47.00 |
| 2 | NO SEATBELT | 12TRT005612 | COMMUTED ON $41.00 |
| 3 | NO INSURANCE | 12TRT005613 | COMMUTED ON $205.00 |
| 4 | NO INSURANCE | 12TRT010872 | COMMUTED ON $205.00 |
| 5 | IMPROPER HEADLIGHTS | 13TRT012178 | COMMUTED ON $195.00 |
| 6 | NO CHILD RESTRAINT | 13TRT012179 | COMMUTED ON $205.00 |
| 7 | NO DRIVERS LICENSE | 13TRT012343 | $255.00 DUE 08/06/2014 |
| 8 | NO TAILLIGHTS | 13TRT012344 | $165.00 DUE 08/06/2014 |
| 9 | IMPROPER TAILLIGHTS | 12TRT010845 | $197.00 DUE 08/06/2014 |
| 10 | | | |
| 11 | | | $898.00 OR 17 days |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |