# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

SHARNALLE MITCHELL,  et al.      )
      )
     Plaintiffs,     )
      )
v.      )
      )     Case No. 2:14-cv-186-MEF
THE CITY OF MONTGOMERY,     )
      )
     Defendant.     )
      )

## DECLARATION OF JERMAINE TYLER

1)     I, Jermaine Tyler, am a 27-year-old resident of Montgomery.

2)     I was arrested by the Montgomery police and taken to Montgomery Municipal Court on March 31, 2014.

3)     When I went in front of the judge, I was told that I owed about $2,000 on old traffic tickets. The City judge said that I could either pay that amount or sit in City jail for 40 days. I told the court that I was working part time but that I could not afford to pay. The judge did not make any further inquiry into my financial or family circumstances and sent me to the jail. I was not given a lawyer to represent me at the hearing. The whole hearing lasted between 30 and 45 seconds.

4)     When I got back to the jail, I was given a sheet of paper that said I could pay $1,275 or serve 25 days in City jail.

5)     The jail was extremely uncomfortable. Because it was so crowded with other men with unpaid tickets, I was forced to sleep on the cell floor, and I am still having back problems because of it.

6)      I had to stay in the City jail for about 5 days until relatives and friends got enough money to pay what the City wanted to let me out of jail.

7)      I have a 7-year-old daughter that I am required to support.  I work part-time as much as I can doing construction work and have difficulty meeting the basic necessities of life for me and my family.


I declare under penalty of perjury that the forgoing is true and correct.


_____                    5-23-14
Jermaine Tyler                                                      Date