**MANDATORY TIME RELEASE DATE:** ~~April 18, 2014~~ (icm)
**COMMUTED TIME RELEASE DATE:** April 25, 2014

**THIS REPORT CREATED:** 3/31/2014 12:46 PM

**REVISION #:**

*Revised Transcript with Corrected Release date (icm)*

**TRANSCRIPT PREPARED BY:** LAJONES

## MONTGOMERY MUNICIPAL COURT ⇔ STATE OF ALABAMA

**BOOKING DATE & TIME:** 03-31-2014 AT 03:25
**NAME:** TYLER, JERMAINE MARCQUE
**RACE:** Black  **SEX:** Male  **DOB:** [redacted]  **SSN:** [redacted]
**ADDRESS:** [redacted]
**BOOKING #:** 2014-00002660

| # | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | COMM. VECHILE REGISTRATION | 2010TRT052430 | COMMUTED ON $150.00 |
| 2 | COMM. NO INSURANCE | 2010TRT052429 | COMMUTED ON $400.00 |
| 3 | COMM. DRIVING WHILE SUSPEND | 2010TRT052428 | COMMUTED ON $200.00 |
| 4 | COMM. NO DRIVER LICENSE | 2009TRT020035 | COMMUTED ON $116.00 |
| 5 | COMM. OBSTRUCTED WINDSHIELD | 2009TRT107649 | COMMUTED ON $93.00 |
| 6 | COMM. DRIVING WHILE SUSPEND | 2009TRT107648 | COMMUTED ON $316.00 |
| 7 | | | |
| 8 | | | ~~$925.00 or 19days~~ |
| 9 | 3A | | |
| 10 | | | $1275 or 25days |
| 11 | | | |
| 12 | | | |
| 13 | | | Hold for County |

**DEFENDANT COPY**

