IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

SHARNALLE MITCHELL, et al.

    Plaintiffs,

v.

THE CITY OF MONTGOMERY,

    Defendant.

Case No. 2:14-cv-186-MEF

### DECLARATION OF JANET EDWARDS

1)     I, Janet Edwards, am a 58-year-old resident of Montgomery.

2)     I am the mother of two children, ages 18 and 24. My younger child still lives with me and is finishing high school

3)     I was arrested and brought to the Montgomery Municipal Court for unpaid traffic tickets on or about June 13, 2013. I had been trying to make payments on my traffic tickets and called the clerk's office to ask for an extension. The clerk told me that I was entitled to one extension. When I got to the clerk's office in the morning, the clerk took my identification, went to the back, and then came back and asked me if I had $200. I said that I did not have money and was trying to ask for an extension. A bailiff then came and arrested me.

4)     I spent the whole rest of the morning and afternoon in a holding cell without food. The next morning, I was taken to the City court. The judge first asked me if I worked, and I responded that I did not. I said that I needed an extension on my payments. He told me not to worry about it and said that, by the time I got out of jail, my tickets would be paid off. He then ordered me to serve 14 days in the City jail. Neither the City judge nor the City prosecutor made

any further inquiry into my ability to pay. The City did not give me a lawyer to represent me at the hearing.

5) Once back at the jail, I was told that I could work off my debts at a further $25 per day if I agreed to work assignments. I cleaned the Municipal Court building, including the bathrooms, floors, and windows of the City court building. I also emptied trash in the offices of the City court employees.

6) I had a herniated disk at the time, but I had to sleep on the floor because the City jail was so crowded. It was so crowded that a woman stepped on me in the middle of the night on her way to the bathroom, and it made my arm swollen.

7) When I had "worked off" my debt down to $180, my son and a neighbor combined to pay off the rest of my debt. My neighbor, who works at the Federal Defenders Office in Montgomery, went down to the City court on her lunch break and paid to get me out. I was released from jail on or about June 20, 2013.

8) I am disabled, and my only source of income is my social security disability, which I depend on to survive.

I declare under penalty of perjury that the forgoing is true and correct.

_Janet Edwards_  
Janet Edwards

5/22/14  
Date