MANDATORY TIME RELEASE DATE: _____
COMMUTED TIME RELEASE DATE: _____

THIS REPORT CREATED:
6/14/2013 1:44 PM
REVISION #:

TRANSCRIPT PREPARED BY: ATF, #014

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 6/13/2013 7:09 PM   BOOKING #: 2013-00005943

NAME: JANET PINDER EDWARDS
RACE: B          SEX: F          DOB: ▇▇▇▇   SSN: ▇▇▇▇
ADDRESS: ▇▇▇▇            MONTGOMERY, AL 36111

| # | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | SPEEDING | 12TRT015588 | COMMUTED ON $110.00 |
| 2 | NO INSURANCE | 12TRT016796 | COMMUTED ON $180.00 |
| 3 | NO CHILD RESTRAINT | 12TRT016799 | COMMUTED ON $205.00 |
| 4 | SPEEDING | 12TRT025164 | COMMUTED ON $180.00 |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |