IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SHARNALLE MITCHELL, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:14-cv-186-MEF |
| THE CITY OF MONTGOMERY, | ) |
| Defendant. | ) |

### DECLARATION OF RISKO MCDANIEL

1) I, Risko McDaniel, am a 38-year-old resident of Montgomery. [R.L.M.]

2) I am the biological father of two children, and I currently live with and help to raise four step-children.

3) I was arrested and brought to the Montgomery Municipal Court on May 5, 2014. I was told that I owed money on unpaid cases from 2001 and 2003. The judge asked me why I had not paid them. I told the judge that I had been incarcerated for 7 years. The judge asked me how much I could pay immediately. I told the judge that I had just paid my rent but that I could maybe have someone get $200 to the court that day. The judge then said that I would have to serve 15 days in the City jail and sent me back to the jail. The judge made no further inquiry into my circumstances.

4) The whole hearing lasted between 30 seconds and 2 minutes. I was not given a lawyer to represent me at the hearing.

5) I was returned to the holding cell, where I sat from my arrest at 1:40 a.m. until 5 p.m. the next day (with the exception of my brief court hearing). There were probably over 30

other men in the cell for all of those hours, and we had one toilet and no sink. I was forced to sleep on the floor.

6) I was given a piece of paper from the City court that told me that I could either pay the City $754 or serve 15 days in City jail.

7) I work at and help to run a barber shop and typically work 7 days per week. I owe significant debts for child support that accumulated while I was in prison for a drug trafficking offense, and I owe a significant amount of restitution for my drug trafficking offense in state court. I also support my children and have to pay rent, utilities, food, and all of the other necessities for my family.

I declare under penalty of perjury that the forgoing is true and correct.

_____         5/21/14
Risko McDaniel                          Date