**MANDATORY TIME RELEASE DATE:** _____

**COMMUTED TIME RELEASE DATE:** _May 20, 2014_

3C

THIS REPORT CREATE
5/5/2014 3:08 P
REVISION #:

TRANSCRIPT PREPARED BY: PLDAVIS

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 5/5/2014 1:40 AM   BOOKING #: 2014-3744

NAME: RISKO LEDELL MCDANIEL
RACE: B          SEX: M          DOB: ███████          SSN: ███████
ADDRESS: ███████          MONTGOMERY, AL 36104

|   | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | DOMESTIC VIOLENCE 3RD (HARASSMENT) | 2001CRA006254A | COMMUTED ON $109.50 |
| 2 | MARIJUANA POSSESSION 2ND | 2001CRA006254F | COMMUTED ON $475.50 |
| 3 | NO PROOF OF INSURANCE | 2003TRT003470 | COMMUTED ON $169.00 |
| 4 | DRIVING W/REVOKED | 2004TRT005020 | $287.00 DUE BY 08/06/2014 |
| 5 | NO PROOF OF INSURANCE | 2004TRT005021 | $237.00 DUE BY 08/06/2014 |
| 6 | SEAT BELT VIOLATION | 2004TRT005022 | $57.00 DUE BY 08/06/2014 |
| 7 | NO PROOF OF INSURANCE | V7562391 | $205.00 DUE BY 08/06/2014 |
| 8 | VIO. OF OPEN CONTAINER | V7562390 | $25.00 DUE BY 08/06/2014 |
| 9 | DRIVING W/REVOKED | V7562392 | $355.00 DUE BY 08/06/2014 |
| 10 | IMPROPER LIGHTS | V7562389 | $165.00 DUE BY 08/06/2014 |
| 11 | | | |
| 12 | | | |
| 13 | | | RELEASED ON PAYMENT OF 1/2 PER JUDGE HENDLEY |
| 14 | | | |
| 15 | | | HOLD FOR COUNTY |

DEFENDANT COPY

$754⁰⁰ ca 15 dys