IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SHARNALLE MITCHELL, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE CITY OF MONTGOMERY, )<br>)<br>Defendant. )<br>) | Case No. 2:14-cv-186-MEF |

### DECLARATION OF DEMETRI COLVIN

1) I, Demetri Colvin, am a 21-year-old resident of Montgomery.

2) I am the father of a 2-year-old child who I care for every day.

3) I was arrested and brought to the Montgomery Municipal Court on May 5, 2014. The court asked why I had not been making payments on old cases. I told the court that I had just started working part-time, that I had been in school, and that I could not afford to make payments. The court told me that I could not get out of jail unless I paid the City $340. I had no idea what cases the judge was talking about, and no one told me what cases the hearing concerned. No further inquiry was made into my ability to pay. The whole hearing lasted about 30 seconds before I was returned to the jail.

4) When I got back to the jail, I was given a sheet of paper that stated that I owed the City $1,557 or 31 days in jail. It also said that I could be freed if I paid $340.

5) I am supposed to graduate with an associate's degree from Alabama State on Saturday, May 10, but I may not be able to attend if I cannot get the money to pay the City to get out of jail.

6)      I have also been working part time in construction and, just before my arrest, I had gotten a minimum-wage job at a restaurant. I will probably lose that new job because of my jailing. Two years ago, I was forced to sell my car for about $500 to pay down debt from old traffic tickets to the city of Montgomery. DJC

I declare under penalty of perjury that the forgoing is true and correct.

_____          05/06/14
Demetri Colvin                                         Date