MANDATORY TIME RELEASE DATE: \
COMMUTED TIME RELEASE DATE: June 5, 2014

THIS REPORT CREATED: 5/5/2014 3:03 PM \
REVISION #:

3B

TRANSCRIPT PREPARED BY: B. MCMILLIAN

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 5/5/2014 1:40 AM    BOOKING #: 2014-003743

NAME: DEMETRI JAMES COLVIN \
RACE: B    SEX: M    DOB: [redacted]    SSN: [redacted] \
ADDRESS: [redacted]    MONTGOMERY, AL 36110

| # | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | D.V. 3RD (ASSAULT 3RD) | 2012CRA005633 | COMMUTED ON $365.00 |
| 2 | NO INSURANCE | 2012TRT077143 | COMMUTED ON $205.00 |
| 3 | DRIVING W/ SUSPENDED | 2012TRT077142 | COMMUTED ON $230.00 |
| 4 | THEFT OF PROPERTY 3RD | 2012CRA005613 | COMMUTED ON $757.00 |
| 5 | POSS. OF MARIJUANA 2ND | 2014CRA001864 | TRIAL 06/05/2014 @ 1:00PM  MUST POST BOND |
| 6 | | | @ 1557°° or 31 days |
| 7 | | | DEFT. MAY BE RELEASED WITH $340.00 PER JUDGE HENDLEY |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |

DEFENDANT COPY