IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

SHARNALLE MITCHELL, et al.          )
                                    )
    Plaintiffs,                     )
                                    )
v.                                  )    Case No. 2:14-cv-186-MEF
                                    )
THE CITY OF MONTGOMERY,             )
                                    )
    Defendant.                      )

## DECLARATION OF CARL WILLIAMS

1)  I, Carl Williams, am a 57-year-old resident of Montgomery.

2)  I rely on my social security disability income as my only means of survival.

3)  I was arrested and brought to the Montgomery City Court for unpaid traffic tickets on or about September 28, 2013. When I went in front of City judge, he told me to pay about $700 immediately. I told the judge that I could not pay that much but that I could get together about $150. The judge ordered me to the City jail to serve out my debts at $50 per day.

4)  The hearing lasted about a minute. Neither the judge nor the City prosecutor did any further inquiry into my financial circumstances.

5)  The jail was so crowded that I had to sleep on the floor. I believe that I caught bronchitis from another sick inmate who was very close to me.

6)  After about 4 days in jail, I got together almost $390, which I paid to the City to get out of jail.

I declare under penalty of perjury that the forgoing is true and correct.

_____          _5/19/2014_
Carl Williams                           Date