| | MANDATORY TIME RELEASE DATE: | | THIS REPORT CREATED: |
|---|---|---|---|
| | COMMUTED TIME RELEASE DATE: | | 9/30/2013 11:37 AM |
| | | | REVISION #: |

TRANSCRIPT PREPARED BY: __LAJONES__

## MONTGOMERY MUNICIPAL COURT STATE OF ALABAMA

BOOKING DATE & TIME: 09-28-2013 AT 18:55    BOOKING #: **2013-00009336**
NAME: WILLIAMS, CARL
RACE: Black   SEX: Male   DOB: ▮   SSN: ▮
ADDRESS: ▮

| | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | COMM. SPEEDING | 2010TRT077334 | COMMUTED ON $140.00 |
| 2 | COMM. DRIVING WHILE SUSPEND | 2010TRT077335 | COMMUTED ON $250.00 |
| 3 | COMM. NO INSURANCE | 2010TRT077336 | COMMUTED ON $200.00 |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |