IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SHARNALLE MITCHELL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF MONTGOMERY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 2:14-cv-186-MEF<br>)<br>)<br>)<br>) |

## DECLARATION OF RAYSHONE WILLIAMS

1)  I, Rayshone Williams, am a 29-year-old resident of Montgomery.

2)  I have four children, three boys and a girl. I try to support all of them, and I take care of two of them every day.

3)  I have been diagnosed with paranoid schizophrenia. I have been relying on social security disability to meet the basic necessities of life since I was a teenager.

4)  I have been arrested by the City of Montgomery several times in the past two years because I cannot afford to pay debts from old traffic tickets. The most recent time was in March 2014, when I was put in jail for unpaid debts from a speeding ticket and an expired tag ticket.

5)  When I was brought before the City court, the judge would not let me talk. He told me how much I owed, and I tried to tell him that I have four children and receive disability. The judge did not care, and he sent me to jail to stay with criminals. The City did not give me an attorney to represent me at the hearing. The whole hearing lasted approximately one minute.

6)  The same thing happened to me other times, including December 2012. When I was brought before the City court that time on tickets from 2009, the court ordered me to pay off $951 or serve 19 days in the City jail. Like in March 2014, the court also did not do any inquiry

into my circumstances before jailing me. After serving 14 days, I was released early because I had worked for the City while in the City jail to pay off my debts more quickly and get back to my family.

I declare under penalty of perjury that the forgoing is true and correct.

_Rayshone Williams_             _5/19/14_
Rayshone Williams             Date