**MANDATORY TIME RELEASE DATE:**
**COMMUTED TIME RELEASE DATE:** Dec 22, 2012

**THIS REPORT CREATED:** 12/5/2012 11:28 AM
**REVISION #:**

**TRANSCRIPT PREPARED BY: T. KING**

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

**BOOKING DATE & TIME:** 12/4/2012 12:00 AM   **BOOKING #:** 2012-00010413

**NAME:** RAYSHONE MARNEZ WILLIAMS
**RACE:** B          **SEX:** M          **DOB:**          **SSN:**
**ADDRESS:**
                                MONTGOMERY, AL

| # | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | SPEEDING | 2009TRT030046 | COMMUTED ON $220.00 |
| 2 | NO PROOF OF INSURANCE | 2009TRT030047 | COMMUTED ON $250.00 |
| 3 | NO PROOF OF INSURANCE | 2009TRT047205 | COMMUTED ON $228.00 |
| 4 | NO DRIVER LICENSE | 2009TRT047206 | COMMUTED ON $253.00 |
| 5 | | | |
| 6 | | | |
| 7 | | | $951.00 = 19 days |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |

MANDATORY TIME RELEASE DATE: 3-9-2014
COMMUTED TIME RELEASE DATE: ___

THIS REPORT CREATED
3/10/2014 1:25 P
REVISION #:

TRANSCRIPT PREPARED BY: ATF, #

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 3/8/2014 12:30 PM   BOOKING #: 2014-00001991
NAME: RAYSHONE M WILLIAMS
RACE: B     SEX: M     DOB: [redacted]     SSN: [redacted]
ADDRESS: [redacted]
MONTGOMERY, AL 36116

| # | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | SPEEDING | 13TRT042522 | COMMUTED ON $135.00 or Fine Ser... |
| 2 | EXPIRED TAG | 13TRT042523 | 1 DAY  Time Served |
| 3 | | | |
| 4 | | | |
| 5 | | | RELEASE DEFENDANT ON PERSONAL RECOGNIZANCE BOND BY ORDER OF JUDGE |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | (155) | | |
| 15 | | | DEFENDANT |
| 16 | | | COPY |
| 17 | | | |
| 18 | | | |
| 19 | | | |