**Index of Exhibits to First Amended Class Action Complaint**

1.  Declaration of Sharnalle Mitchell
2.  Sharnalle Mitchell Court Document: January 27, 2014
3.  Sharnalle Mitchell Handwritten Jail Debt Calculations
4.  Sharnalle Mitchell Court Document: February 10, 2014
5.  Declaration of Lorenzo Brown
6.  Lorenzo Brown Court Document: January 27, 2014
7.  Lorenzo Brown Court Document: February 10, 2014
8.  Declaration of Tito Williams
9.  Tito Williams Court Document: January 27, 2014
10. Tito Williams Court Document On Release
11. Courtney Tubbs Court Document: January 27, 2014
12. Declaration of Tequila Ballard
13. Tequila Ballard Court Document: March 24, 2014
14. Declaration of Thomas Ellis
15. Thomas Ellis Court Document: April 18, 2014
16. Declaration of Willie Williams
17. Willie Williams Court Document: April 1, 2014
18. Declaration of Gavin Bullock
19. Gavin Bullock Court Document: April 7, 2014
20. Kendrick Maull Court Document: May 5, 2014
21. Declaration of Tamara Dudley
22. Tamara Dudley Court Document: May 5, 2014
23. Declaration of Jermaine Tyler
24. Jermaine Tyler Court Document: March 31, 2014
25. Declaration of Janet Edwards
26. Janet Edwards Court Document: June 14, 2013
27. Declaration of Risko McDaniel
28. Risko McDaniel Court Document: May 5, 2014
29. Declaration of Demetri Colvin
30. Demetri Colvin Court Document: May 5, 2014
31. Declaration of Carl Williams
32. Carl Williams Court Document:  September 30, 2013
33. Declaration of Rayshone WIlliams
34. Rayshone Williams Court Document: March 10, 2014; December 5, 2012