**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| SHARNALLE MITCHELL, LORENZO BROWN, TITO WILLIAMS, COURTNEY TUBBS, TEQUILA BALLARD, WILLIE WILLIAMS, THOMAS ELLIS, GAVIN BULLOCK, KENDRICK MAUL, TAMARA DUDLEY, JERMAINE TYLER, JANET EDWARDS, RISKO MCDANIEL, DEMETRI COLVIN, CARL WILLIAMS, RAYSHONE WILLIAMS, ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) | |
| vs. ) | Case No. 2:14-cv-186 |
| CITY OF MONTGOMERY, ) ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL OF PLAINTIFFS' REQUEST FOR CLASS CERTIFICATION AND ALL REQUESTS FOR CLASS-WIDE RELIEF**

COME NOW, the Parties to the above-styled action and stipulate to the dismissal of all portions of the First Amended Class Action Complaint (Doc. 26) in this case which seek class-wide relief. To the extent that the Plaintiffs seek class-wide relief in connection with any count pled in the First Amended Class Action Complaint (Doc. 26), the Parties stipulate that the Plaintiffs' request for class-wide relief is dismissed with prejudice. The parties therefore stipulate and agree that the Plaintiffs will not hereafter file a Motion for Class Certification.

s/Shannon L. Holliday
Robert D. Segall (ASB-7354-E68R)
Shannon L. Holliday (ASB-5440-Y77S)
Copeland Franco Screws & Gill, P.A.
Post Office Box 347
Montgomery, AL  36101-0347
Telephone: (334) 834-1180
Email: holliday@copelandfranco.com
Email: segall@copelandfranco.com

Stephanie L. Smithee (ASB-8497-T82S)
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101-1111
Telephone: (334) 625-2050
ssmithee@montgomeryal.gov

**ATTORNEYS FOR DEFENDANT
CITY OF MONTGOMERY**

s/Alec Karakatsanis
Alec Karakatsanis, Esq. (D.C. Bar No. 999294)
*Admitted Pro Hac Vice*
Equal Justice Under Law
916 G Street, NW, Suite 701
Washington, DC 20001
Telephone:  202-681-2409
Email:  alec@equaljusticeunderlaw.org

Matthew Swerdlin
P.O. Box 550206
Birmingham, AL  35255
Telephone:  (205) 795-3517
Email:  matt@attorneyswerdlin.com

Joseph Mitchell McGuire
31 Clayton Street
Montgomery, AL  36104
Telephone:  (334) 517-1000
Email:  jmcguire@mandabusinesslaw.com

**ATTORNEYS FOR PLAINTIFFS**