IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SHARNALLE MITCHELL, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 2:14cv186-MHT |
| v. | ) ) | (WO) |
| CITY OF MONTGOMERY, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Based on the representations made on the record on November 7, 2014, it is ORDERED as follows:

(1) The motion for joinder (doc. no. 46) is granted.

(2) The following judges of the Municipal Court of the City of Montgomery, Alabama, are added as defendants in their official capacities only: Honorable Les Hayes, III, Honorable Milton Westry, Honorable Darron Hendley, and Honorable Lloria James.

DONE, this the 17th day of November, 2014.

    /s/ Myron H. Thompson\_\_\_
UNITED STATES DISTRICT JUDGE