IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SHARNALLE MITCHELL, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 2:14cv186-MHT |
| v. | ) ) | (WO) |
| CITY OF MONTGOMERY, et al., | ) ) ) | |
| Defendants. | ) | |

ORDER

Pursuant to the joint stipulation of dismissal of plaintiffs' request for class certification and all requests for class-wide relief (doc. no. 45), it is ORDERED that the request for class certification and all requests for class-wide relief are dismissed with prejudice.

DONE, this the 17th day of November, 2014.

                                                   /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**