```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


SHARNALLE MITCHELL, LORENZO   )
BROWN, TITO WILLIAMS,         )
COURTNEY TUBBS, TEQUILA       )
BALLARD, WILLIE WILLIAMS,     )
THOMAS ELLIS, GAVIN           )
BULLOCK, KENDRICK MAULL,      )
TAMARA TUDLEY, JERMAINE       )
TYLER, JANET EDWARDS,         )
RISKO McDANIEL, DEMETRI       )
COLVIN, CARL WILLIAMS, and    )
RAYSHONE WILLIAMS,            )
                              )
     Plaintiffs,              )      CIVIL ACTION NO.
                              )        2:14cv186-MHT
     v.                       )            (WO)
                              )
CITY OF MONTGOMERY,           )
HONORABLE LES HAYES, III,     )
HONORABLE MILTON WESTRY,      )
HONORABLE DARRON HENDLEY,     )
and HONORABLE LLORIA JAMES,   )
                              )
     Defendants.              )
```

## JUDGMENT GRANTING FINAL
## DECLARATORY AND INJUNCTIVE RELIEF

Based on the representation of the parties before the court, it is ORDERED that:

(1) The parties' joint motion for entry of final declaratory and injunctive relief (doc. no. 47) is granted.

(2) The parties to the agreement to settle declaratory and injunctive claims ("settlement agreement"), which is attached to this judgment, are to comply with its terms for the periods set out therein.

(3) The plaintiffs' request for declaratory and injunctive relief is resolved in full subject only to the further jurisdiction of this court to enforce the settlement agreement for the periods set out therein.

(4) The plaintiffs are to notify this court of any material breaches of the settlement agreement after making full attempts to resolve the dispute with the parties as set out in the settlement agreement.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 17th day of November, 2014.

    /s/ Myron H. Thompson\_\_\_
UNITED STATES DISTRICT JUDGE