IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SHARNALLE MITCHELL, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 2:14cv186-MHT |
| v. | ) ) | (WO) |
| CITY OF MONTGOMERY, et al., | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

There are only two remaining issues in this litigation: damages and attorneys' fees. Because the parties have resolved the issue of damages, it is the ORDER, JUDGMENT, and DECREE of the court that the damages claim is dismissed.  The resolution of the issue of attorneys' fees is continued generally, and the court retains jurisdiction to resolve that issue.

With regard to the issue of attorneys' fees, it is further ORDERED as follows:

(1) Within seven days of the completion of their mediation of the issue of attorneys' fees, the parties

are to file a notice reflecting that mediation has been completed and indicating whether the issue of attorneys' fees has been resolved.

(2) If the parties do not resolve the issue of attorneys' fees, the plaintiffs have 28 days after the filing of the mediation notice to file a motion for attorneys' fees.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of December, 2014.

                                                ___/s/ Myron H. Thompson____
                                                **UNITED STATES DISTRICT JUDGE**