IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SHARNALLE MITCHELL, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 2:14cv186-MHT |
| v. | ) ) | (WO) |
| CITY OF MONTGOMERY, et al., | ) ) ) | |
| Defendants. | ) | |

### ORDER

Based on the representations made on the record today by the defendants that the defendants have taken corrective action, it is ORDERED that the court will not take any further action with regard to the allegations contained in the notice of willful violation of court order (doc. no. 61).

DONE, this the 7th day of April, 2015.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE